**Order entered November 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01416-CR

**HAROLD QUINNTIN PRATT, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-82573-2013**

## ORDER

The Court has before it appellant's November 19, 2015 pro se "pauper's oath for appeal." He states that he has no money and asks to be permitted to appeal as a "pauper." Our record reflects that Malcolm Miranda is listed as appellant's attorney of record and Mr. Miranda has not moved to withdraw from the appeal. Accordingly, because appellant is represented by counsel, we **DENY** his pro se motion.

/s/    ADA BROWN
        JUSTICE